# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
FEB 21 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

UNITED STATES OF AMERICA,  )
　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　)
　　　　　　　　　　　　　　)　Case No.　1:20-CR-43 DAD BAM
　　　　　　　　　　　　　　)
Oscar Javier Hidalgo-Carrillo　　)
　　　*Defendant*

## APPEARANCE AND COMPLIANCE BOND

### Defendant's Agreement

I, Oscar Javier Hidalgo-Carrillo _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

　( ☑ ) to appear for court proceedings;
　( ☑ ) if convicted, to surrender to serve a sentence that the court may impose; or
　( ☑ ) to comply with all conditions set forth in any Order Setting Conditions of Release for me.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☑ ) (2) This is an unsecured bond of $ (2) $4,000.00 bonds each , with net worth of: $ 8,000.00 posted by Jose and Israel Hidalgo

( ☑ ) (3) This is a secured bond of $ 2,000.00 cash , secured by: cash posted by Maria Carrillo Amaral

　( ☐ ) (a) $ _____ , in cash deposited with the court.

　( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:
　_____
　_____

　If this bond is secured by real property, documents to protect the secured interest may be filed of record.

　( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
　_____
　_____

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

  (1)   all owners of the property securing this appearance bond are included on the bond;
  (2)   the property is not subject to claims, except as described above; and
  (3)   I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 2/21/20

Oscar Javier Hidalgo Carrillo
*Defendant's signature*

Jose Hidalgo
*Surety/property owner – printed name*

/s/ Jose Hidalgo
*Surety/property owner – signature and date*

Maria Carrillo
*Surety/property owner – printed name*

/s/ Maria Carrillo
*Surety/property owner – signature and date*

Israel Hidalgo
*Surety/property owner – printed name*

/s/ Israel Hidalgo
*Surety/property owner – signature and date*

Date: 2/21/2020

CLERK OF COURT

/s/ Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 2/21/20

E. P. /s/
*Judge's signature*