1  HEATHER E. WILLIAMS, CA #122664
   Federal Defender
2  CHARLES J. LEE, CA #221057
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorneys for Defendant
6  OSCAR JAVIER HIDALGO-CARRILLO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00043-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

   Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, Oscar Javier Hidalgo-Carrillo, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

   Mr. Hidalgo-Carrillo in currently residing with family in Visalia under Pretrial Supervision and is in full compliance with all his conditions.  Given the current COVID-19 pandemic and that Mr. Hidalgo-Carrillo falls into a high-risk category, he seeks to minimize

court appearances to the extent possible.  Defense counsel is in constant contact with Mr. Hidalgo-Carrillo and has had no difficulties in communication with him.

Dated: April 15, 2020

/s/ Original signature on File
OSCAR JAVIER HIDALGO-CARRILLO
Defendant

Dated:  April 14, 2020

 /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for
OSCAR HIDALGO-CARRILLO

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **May 18, 2020**

UNITED STATES DISTRICT JUDGE