1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  OSCAR JAVIER HIDALGO-CARRILLO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:20-cr-00043-DAD-BAM
12 |         Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
13 | vs. |
14 | OSCAR JAVIER HIDALGO-CARRILLO, | DATE: August 10. 2020
                                     TIME:   1:00 p.m.
15 |                                  JUDGE: Hon. Barbara A. McAuliffe
           Defendant.
16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective counsel, that the hearing currently scheduled for June 8, 2020 before the Honorable

20 Dale A. Drozd may be continued to August 10, 2020, at 1:00 p.m. for further status conference

21 before the Honorable Barbara A. McAuliffe.

22         The defense has some ongoing investigation in this case.  Additionally, the defense is

23 requesting to view Mr. Hidalgo-Carrillo's original "A-File" pursuant to Federal Rule of Criminal

24 Procedure 16.

25         The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded

26 through and including August 10, 2020 because there is good cause for the requested

27 continuance and the ends of justice outweigh the interest of the public and the defendant in a

28 speedy trial and specifically under 18 U.S.C. § 3161(h)(1)(D) for defense preparation purposes.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | McGREGOR SCOTT<br>United States Attorney |
| DATED: May 28, 2020 | | By: | /s/ *Joseph Barton*<br>Joseph Barton<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 28, 2020 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>OSCAR JAVIER HIDALGO-CARRILLO |

**O R D E R**

IT IS SO ORDERED that the hearing currently scheduled for June 8, 2020 at 9:00 a.m. before the Honorable Dale A. Drozd shall be continued to August 10, 2020, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, for further status conference. The time period through and including August 10, 2020, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **May 28, 2020**                              /s/ Dale A. Drozd
                                                    UNITED STATES DISTRICT JUDGE