1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:20-CR-00043-DAD-BAM

12                       Plaintiff,        STIPULATION TO CONTINUE STATUS
                                           CONFERENCE; ORDER
13          v.
                                           DATE: August 10, 2020
14  OSCAR JAVIER HIDALGO-CARRILLO,         TIME: 1:00 p.m.
                                           COURT: Hon. Barbara A. McAuliffe
15                       Defendant.

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective counsel that

18  the Status Conference scheduled for August 10, 2020, may be continued until October 26, 2020, at 1:00

19  p.m. before the Honorable Barbara A. McAuliffe.  The United States has produced approximately 300

20  pages of discovery to defense counsel.  Defense counsel has further investigation to perform in this case,

21  including review of the defendant's original A-File.   The parties agree that time under the Speedy Trial

22  Act shall be excluded through October 26, 2020, in the interests of justice, including but not limited to,

23  the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§

24  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of justice served by

25  taking this action outweigh the best interest of the public and the defendant in a speedy trial.

26       ///

27       ///

28

                                             1
    STIPULATION AND [PROPOSED] ORDER

1       IT IS SO STIPULATED.

2

3

4    Dated:  July 27, 2020                        McGREGOR W. SCOTT
                                                  United States Attorney

5
                                                  /s/ JOSEPH BARTON
6                                                 JOSEPH BARTON
                                                  Assistant United States Attorney
7

8
     Dated:  July 27, 2020                        /s/ CHARLES LEE
9                                                 CHARLES LEE
                                                  Counsel for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    2

1  MᴄGREGOR W. SCOTT
   United States Attorney
2  JOSEPH BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CASE NO.  1:20-CR-00043-DAD-BAM

11                       Plaintiff,        ORDER
                    v.
12
    OSCAR JAVIER HIDALGO-CARRILLO,
13
                       Defendant.
14

15                              **ORDER**

16

17        Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for

18  August 10, 2020, is continued until October 26, 2020, at 1 p.m., before the Hon. Barbara A. McAuliffe.

19  The period through October 26, 2020, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

20  3161(h)(7)(B)(i) and (iv).

21

22  IT IS SO ORDERED.

23      Dated:   **July 27, 2020**              /s/ Barbara A. McAuliffe

24                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    3