McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR JAVIER HIDALGO-CARRILLO,<br><br>Defendant. | CASE NO. 1:20-CR-00043-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: October 26, 2020<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for October 26, 2020, may be continued until January 13, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The United States has produced approximately 300 pages of discovery to defense counsel. Defense counsel has further investigation to perform in this case, including review of the defendant's original A-File. The parties agree that time under the Speedy Trial Act shall be excluded through January 13, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

1        IT IS SO STIPULATED.

Dated:  September 25, 2020                                    McGREGOR W. SCOTT
                                                              United States Attorney

                                                              */s/ JOSEPH BARTON*
                                                              JOSEPH BARTON
                                                              Assistant United States Attorney


Dated:  September 25, 2020                                    */s/ CHARLES LEE*
                                                              CHARLES LEE
                                                              Counsel for Defendant

2

McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00043-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for October 26, 2020, is continued until **January 13, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.** The period through January 13, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **September 25, 2020**            /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE

3