1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
5
Attorneys for Defendant
6 | OSCAR JAVIER HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00043-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | DATE:    March 24. 2021<br>TIME:    1:00 p.m.<br>JUDGE:  Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing currently scheduled for January 13, 2021, may be continued to March 24, 2021, at 1:00 p.m. for further status conference before the Honorable Barbara A. McAuliffe.

Defense has requested to view Mr. Hidalgo-Carrillo's original immigration A-file. While the government has offered to let defense counsel view his file, under current federal defender office policies, counsel is prohibited from doing so while the current COVID-19 orders are in effect. Additionally, defense has ongoing investigation in this case.

The parties agree that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), time should be excluded through and including March 24, 2021, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the

1  defendant in a speedy trial.

                                      Respectfully submitted,

                                      McGREGOR SCOTT
                                      United States Attorney

DATED: January 4, 2021        By:    /s/ *Joseph Barton*
                                                    Joseph Barton
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: January 4, 2021        By:    /s/ *Charles J. Lee*
                                                    CHARLES J. LEE
                                                    Assistant Federal Defender
                                                    Attorneys for Defendant
                                                    OSCAR JAVIER HIDALGO-CARRILLO

**O R D E R**

IT IS SO ORDERED that the hearing status conference in the above-entitled case shall be continued to March 24, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, for further status conference. The time period through and including March 24, 2021, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 5, 2021**         /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE