PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00043-DAD-BAM |
| Plaintiff, | STIPLUATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their respective counsel, that the Status Conference scheduled for March 24, 2021, may be continued to June 9, 2021, at 1:00 p.m. before the Honorable Barbara A. McAuliffe. The United States has produced initial discovery to defense counsel, including a copy of the defendant's original immigration A-file. Defense counsel has requested to review the defendant's original A-file in-person. While the government has offered to let defense counsel review the defendant's original A-File in-person, current federal defender office policies prohibit defense counsel from doing so. Defense counsel also has ongoing investigation to perform in this case. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through June 9, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and

the defendant in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: March 10, 2021 | By: /s/ *Joseph Barton*<br>Joseph Barton<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: March 10, 2021 | By: /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>OSCAR JAVIER HIDALGO-CARRILLO |

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00043-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for March 24, 2021, is continued until **June 9, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.** The period through June 9, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **March 11, 2021**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE