HEATHER E. WILLIAMS, CA #122664
Federal Defender
ERIN SNIDER, CA # 304781
GRIFFIN ESTES, CA #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR JAVIER HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>OSCAR JAVIER HIDALGO-CARRILLO,<br><br>             Defendant. | Case No. 1:20-cr-00043 ADA-BAM<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER |

     Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, Oscar Javier Hidalgo-Carrillo, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

//

A waiver pursuant to Fed. R. Crim P. 43(b)(3) was previously granted in this case. ECF Dckt. # 21. That waiver applies to all non-substantive proceedings. *Id*. Mr. Hidalgo-Carrillo hereby requests that the Court waive his appearance for the hearing on his Motion to Dismiss. ECF Dckt. # 64.  The motion involves a question of law, therefore Mr. Hidalgo-Carillo's presence is not required. Fed. R. Crim P. 43(b)(3).

Mr. Hidalgo-Carrillo in currently residing with family in Visalia under Pretrial Supervision and is in full compliance with all his conditions.  Given the current COVID-19 pandemic and that Mr. Hidalgo-Carrillo falls into a high-risk category, he seeks to minimize court appearances to the extent possible.  Defense counsel is in frequent contact with Mr. Hidalgo-Carrillo and has had no difficulties in communication with him.

Dated: March 30, 2023

*/s/ Original signature on File*
OSCAR JAVIER HIDALGO-CARRILLO
Defendant

Dated:  March 30, 2023

 */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for
OSCAR HIDALGO-CARRILLO

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived for the hearing on his motion to dismiss, ECF Dckt. # 64.

IT IS SO ORDERED.

Dated:   March 30, 2023

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28