PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>OSCAR JAVIER HIDALGO-CARRILLO,<br><br>Defendant. | Case No. 1:20-cr-00043-ADA-BAM<br><br>STIPULATION TO RESCHEDULE HEARING ON MOTION TO DISMISS THE INDICTMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the hearing on Mr. Hidalgo-Carrillo's motion to dismiss the indictment can be rescheduled from April 10, 2023, to April 17, 2023, and consolidated with the hearing on the motion to dismiss the indictment in *United States v. Cruz Garcia-Martinez*, 1:22-cr-00033-ADA-BAM.

///

///

///

This is appropriate because the motions to dismiss in both cases involve the same counsel and identical arguments.

Dated: March 30, 2023

*/s/ Erin Snider*
ERIN SNIDER
Counsel for Oscar Javier Hidalgo-Carrillo

Dated: March 30, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-00043-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the hearing on Mr. Hidalgo-Carrillo's motion to dismiss the indictment is rescheduled from April 10, 2023, to April 17, 2023, and is consolidated with the hearing on the motion to dismiss the indictment in *United States v. Cruz Garcia-Martinez*, 1:22-cr-00033-ADA-BAM.

IT IS SO ORDERED.

Dated:   March 31, 2023

UNITED STATES DISTRICT JUDGE