PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00043-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL, AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |
| v. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that the trial confirmation hearing and trial that are scheduled for May 1, 2023, and May 9, 2023, respectively, can be vacated, and the case can be scheduled for a change of plea hearing on June 26, 2023. Mr. Hidalgo-Carrillo has a pending motion to dismiss the indictment. A hearing on the motion was held on April 17, 2023. If that motion is denied, he plans to consult with his counsel and then enter a guilty plea. Therefore, the parties agree that time under the Speedy Trial Act shall be excluded through June 26, 2023, in the interests of justice, including but not limited to, the need to resolve Mr. Hidalgo-Carrillo's pending motion and effective defense

preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(1)(d), (h)(7)(A), and (h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  April 24, 2023

*/s/ Erin Snider*
ERIN SNIDER
Counsel for Oscar Javier Hidalgo-Carrillo

Dated:  April 24, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00043-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the trial confirmation hearing and trial that are scheduled for May 1, 2023, and May 9, 2023, respectively, are vacated, and the case is scheduled for a change of plea hearing on June 26, 2023. The period through June 26, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(d), (h)(7)(A), and (h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

   Dated:  April 25, 2023                              _____
                                                       UNITED STATES DISTRICT JUDGE