HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00043-ADA-BAM |
| Plaintiff, | STIPULATION TO PERMIT TRAVEL TO SEATTLE, WASHINGTON; ORDER |
| vs. | JUDGE: Hon. Stanley A. Boone |
| OSCAR HIDALGO-CARRILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for defendant Oscar Hidalgo-Carrillo, that the Court may

enter an order permitting Mr. Hidalgo-Carrillo to travel to Seattle, Washington, located in the

Western District of Washington, between July 26, 2023, and August 9, 2023.

On February 21, 2020, the Court released Mr. Hidalgo-Carrillo on conditions, including a

condition restricting his travel to the Eastern District of California *See* ECF #14. Since his

release nearly two-and-a-half years ago, Mr. Hidalgo-Carrillo has remained in compliance with

his pretrial-release conditions. On July 13, 2021, the Court granted Mr. Hidalgo-Carrillo's

request to temporarily modify the conditions of his release to allow him to travel to Seattle,

Washington, to visit his minor daughter between July 28, 2021, and August 11, 2021.

Mr. Hidalgo-Carrillo now requests that the Court once again temporarily modify the

-1-

Hidalgo-Carrillo: Stipulation to Authorize Travel

conditions of his pretrial release to permit him to travel to Seattle, Washington, from July 26, 2023, to August 9, 2023, for the purpose of visiting his minor daughter. Counsel for the government and Pretrial Services Officer Anthony Perez do not oppose this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 24, 2023                    /s/ Joseph Barton
                                       JOSEPH BARTON
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender


Date: July 24, 2023                    /s/ Erin Snider
                                       ERIN SNIDER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       OSCAR HIDALGO-CARRILLO


## ORDER

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr. Hidalgo-Carrillo to travel to Seattle, Washington, located in the Western District of Washington, between July 26, 2023, and August 9, 2023.


IT IS SO ORDERED.

Dated:   **July 25, 2023**               _____
                                         UNITED STATES MAGISTRATE JUDGE

Hidalgo-Carrillo: Stipulation to Authorize Travel