HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR HIDALGO-CARRILLO,<br><br>Defendant. | Case No. 1:20-cr-00043-ADA-BAM<br><br>AMENDED STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING;  ORDER<br><br>Judge: Hon. Ana de Alba<br>Date:   October 16, 2023<br>Time:  8:30 a.m. |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Oscar Hidalgo-Carrillo, that the Court may continue the change-of-plea hearing currently scheduled for August 28, 2023, at 8:30 a.m. to October 16, 2023, at 8:30 a.m.

On March 22, 2023, the defense filed a motion to dismiss the indictment, which charges a violation of 8 U.S.C. § 1326, on the ground that the statute violates Mr. Hidalgo-Carrillo's Fifth Amendment equal protection rights because the statute was enacted with a discriminatory purpose. The Court took the matter under advisement following oral argument on April 17, 2023. On May 22, 2023, the government filed a notice of supplemental authority, advising the Court that the Ninth Circuit Court of Appeals denied a challenge nearly identical to the challenge raised in Mr. Hidalgo-Carrillo's motion in the case of *United States v. Carrillo-Lopez*, Case No.

21-10233. In response, the defense filed a supplemental brief, noting that the mandate had not yet issued in that case and that it appeared likely that the appellee-defendant would file a petition for rehearing *en banc*. Since the filing of the defense's supplemental brief, the appellee-defendant in the *Carrillo-Lopez* case has filed a petition for rehearing *en banc* and two *amicus* briefs have been filed in support of the petition. The matter remains pending before the Ninth Circuit.

Given the status of the *Carrillo-Lopez* decision, and given that Mr. Hidalgo-Carrillo's motion remains pending before this Court, Mr. Hidalgo-Carrillo requests that the Court continue the change-of-plea hearing currently scheduled for August 28, 2023. In order to adequately advise Mr. Hidalgo-Carrillo as to his options, defense counsel requires additional time to consider the impact of any further Ninth Circuit opinions on this issue, as well as this Court's ruling on the pending motion, and continue with discovery review. The government does not object to this request.

Based on the above, the parties further agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Accordingly, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2023, to October 16, 2023, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 23, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 23, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OSCAR HIDALGO-CARRILLO

-2-

**ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby continues the change-of-plea hearing currently scheduled for August 28, 2023, to October 16, 2023, at 8:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 28, 2023, to October 16, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 24, 2023

_____
UNITED STATES DISTRICT JUDGE

Hidalgo-Carrillo: Stipulation to Continue