HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00043-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING; ORDER |
| vs. | |
| OSCAR HIDALGO-CARRILLO, | Judge: Hon. Ana de Alba |
| Defendant. | Date: December 11, 2023<br>Time: 8:30 a.m. |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Oscar Hidalgo-Carrillo, that the Court may continue the change-of-plea hearing currently scheduled for October 16, 2023, at 8:30 a.m. to December 11, 2023, at 8:30 a.m.

The parties agree and request the Court find the following:

1. The government has provided discovery to undersigned defense counsel. The discovery consists of 870 Bates-marked items.

2. On March 22, 2023, the defense filed a motion to dismiss, which the Court has taken under submission.

Hidalgo-Carrillo: Stipulation to Continue

3. Undersigned defense counsel requires additional time to review discovery; consult with her client regarding his options, particularly in light of the pending motion to dismiss; and engage in potential plea negotiations.

4. Undersigned defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the requested continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 16, 2023, to December 11, 2023, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 22, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 22, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OSCAR HIDALGO-CARRILLO

Hidalgo-Carrillo: Stipulation to Continue

**ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby continues the change-of-plea hearing currently scheduled for October 16, 2023, at 8:30 a.m. to December 11, 2023, at 8:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 16, 2023, to December 11, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 22, 2023

UNITED STATES DISTRICT JUDGE