HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00043-NODJ-BAM |
| Plaintiff, | STIPULATION TO SUBMIT MOTION ON BRIEFING AND CONTINUE CHANGE-OF-PLEA HEARING; ORDER |
| vs. | |
| OSCAR HIDALGO-CARRILLO, | Judge: Hon. Charles R. Breyer |
| Defendant. | Date:   January 16, 2024<br>Time: 8:30 a.m. |

IT IS HEREBY STIPULATED by and between the parties, through their respective

counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for defendant Oscar Hidalgo-Carrillo, that the Court may

take the pending motion to dismiss under submission with no further hearing or briefing and

continue the change-of-plea hearing currently scheduled for December 11, 2023, at 8:30 a.m. to

January 16, 2024, at 8:30 a.m.

On March 22, 2023, the defense filed a motion to dismiss the indictment, which charges a

violation of 8 U.S.C. § 1326, on the ground that the statute violates Mr. Hidalgo-Carrillo's Fifth

Amendment equal protection rights because the statute was enacted with a discriminatory

purpose. The Honorable Ana de Alba took the matter under advisement following oral argument

on April 17, 2023. On May 22, 2023, the government filed a notice of supplemental authority,

advising the Court that the Ninth Circuit Court of Appeals denied a challenge nearly identical to

1  the challenge raised in Mr. Hidalgo-Carrillo's motion in the case of *United States v. Carrillo-*
2  *Lopez*, Case No. 21-10233.

3      On November 29, 2023, following Judge de Alba's elevation to the Ninth Circuit Court
4  of Appeals, this Court directed the parties to file any objections to the Court determining the
5  pending motion "upon the pleadings and upon review of the recording of the hearing on the
6  motion." ECF #89. Having conferred, the parties agree that no further hearing or briefing is
7  necessary and that the motion is fully submitted. Neither party has any objection to the Court
8  deciding the motion.

9      Given that Mr. Hidalgo-Carrillo's motion remains pending before this Court, Mr.
10  Hidalgo-Carrillo requests that the Court continue the change-of-plea hearing currently scheduled
11  for December 11, 2023, to January 16, 2023. In order to adequately advise Mr. Hidalgo-Carrillo
12  as to his options, defense counsel requires additional time to consider the impact of this Court's
13  ruling on the pending motion and continue with discovery review. The government does not
14  object to this request.

15      Based on the above, the parties further agree that the ends of justice served by continuing
16  the case as requested outweigh the interest of the public and the defendant in a trial within the
17  original date prescribed by the Speedy Trial Act. Accordingly, for the purpose of computing time
18  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the
19  time period of December 11, 2023, to January 16, 2024, inclusive, is excludable pursuant to 18
20  U.S. C. § 3161(h)(7)(A) and (B)(iv).

21                          Respectfully submitted,

22                          PHILLIP A. TALBERT
                            United States Attorney
23

24  Date: December 4, 2023          */s/ Joseph Barton*
                            JOSEPH BARTON
25                          Assistant United States Attorney
                            Attorney for Plaintiff
26
27  / / /

28  / / /

/ / /

Hidalgo-Carrillo: Stipulation to Submit Motion and          -2-
Continue Change-of-Plea Hearing

1    HEATHER E. WILLIAMS
     Federal Defender
2

3    Date: December 4, 2023          /s/ Erin Snider
                                      ERIN SNIDER
4                                     Assistant Federal Defender
                                      Attorney for Defendant
5                                     OSCAR HIDALGO-CARRILLO

6

7                              **ORDER**

8         Upon the parties' stipulation and for good cause shown, the Court hereby takes the

9    motion to dismiss filed at docket number 64 under submission and shall issue a written order.

10   The Court continues the change-of-plea hearing currently scheduled for December 11, 2023, to

11   **January 16, 2024, at 8:30 a.m. in Courtroom 5 before the District Judge**.  For the purpose of

12   computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must

13   commence, the time period of December 11, 2023, to January 16, 2024, inclusive, is excluded

14   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15
     IT IS SO ORDERED.
16

17   Dated:   **December 4, 2023**          /s/ Barbara A. McAuliffe

18                                      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Hidalgo-Carrillo: Stipulation to Submit Motion and          -3-
Continue Change-of-Plea Hearing