HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR JAVIER HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR JAVIER HIDALGO-CARRILLO,<br><br>Defendant. | Case No. 1:20-cr-00043-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  May 20, 2024<br>Time:  8:30 a.m.<br>Judge: NODJ |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Oscar Javier Hidalgo-Carrillo, that the Court may continue the sentencing hearing currently scheduled for April 29, 2024, at 8:30 a.m. to May 20, 2024, at 8:30 a.m. before the District Judge and adjust the deadlines for filing informal objections, the final Presentence Investigation Report, and formal objections accordingly.

Mr. Hidalgo-Carrillo entered a guilty plea to the sole count in the Indictment on January 16, 2024. ECF #95. At that time, the Court set the matter for sentencing on April 29, 2024, at 8:30 a.m. *Id.* The probation officer filed the draft Presentence Investigation Report on March 18, 2024. ECF #96.

Undersigned defense counsel requires additional time to obtain documents relevant to sentencing and, in particular, Mr. Hidalgo-Carrillo's health condition. The government does not

oppose a continuance of the sentencing hearing to May 20, 2024. The parties additionally request that the Court adjust the deadlines for filing informal objections, the final Presentence Investigation Report, and formal objections accordingly. Specifically, the parties ask that the Court extend the deadline for filing informal objections to April 22, 2024; the deadline for the probation office to file the final Presentence Investigation Report to April 29, 2024; and the deadline for filing formal objections to May 6, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 1, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 1, 2024

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OSCAR JAVIER HIDALGO-CARRILLO

# **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for April 29, 2024, is hereby continued to May 20, 2024, at 8:30 a.m. Additionally, the Court extends the deadline for filing informal objections to April 22, 2024; the deadline for the probation office to file the final Presentence Investigation Report to April 29, 2024; and the deadline for filing formal objections to May 6, 2024.

DATED: April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE