HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR JAVIER HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00043-NODJ-BAM |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | Date: June 5, 2024<br>Time: 8:30 a.m. |
| Defendant. | |

For the reasons set forth in Defendant Oscar Javier Hidalgo-Carrillo's motion to continue sentencing hearing, the sentencing hearing currently scheduled for May 20, 2024, at 9:00 a.m. is hereby continued to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __May 13, 2024__       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE