1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   OSCAR JAVIER HIDALGO-CARRILLO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00043-NODJ-BAM
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**
13 | vs. | Date:  August 26, 2024
14 | OSCAR JAVIER HIDALGO-CARRILLO, | Time:  8:30 a.m.
15 |  | Judge: NODJ
16 | Defendant. |

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Oscar Javier Hidalgo-Carrillo, that the Court may

20 continue the sentencing hearing currently scheduled for July 29, 2024, at 9:30 a.m. to August 26,

21 2024, at 8:30 a.m. before the District Judge.

22        Undersigned defense counsel requires additional time to obtain documents relevant to

23 sentencing and, in particular, Mr. Hidalgo-Carrillo's pending U-visa application. The

24 government does not oppose a continuance of the sentencing hearing to August 26, 2024.

25        **IT IS SO STIPULATED.**

26 / / /

27 / / /

28 / / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: July 22, 2024 | */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 22, 2024 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>OSCAR JAVIER HIDALGO-CARRILLO |

**O R D E R**

IT IS SO ORDERED. The sentencing hearing currently scheduled for July 29, 2024, is hereby continued to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Judge**.

IT IS SO ORDERED.

Dated:  **July 23, 2024**          /s/ Barbara A. McAuliffe
                            UNITED STATES MAGISTRATE JUDGE