HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR JAVIER HIDALGO-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00043-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER GRANTING *UNOPPOSED* MOTION TO EXONERATE BOND AND FOR RETURN OF PASSPORT** |
| vs. | |
| OSCAR JAVIER HIDALGO-CARRILLO, | |
| Defendant. | |

The motion to exonerate bond and for return of passport is hereby **GRANTED**. All sureties of the bond executed on February 21, 2020, are exonerated and the Clerk of Court is directed to release the $2,000 cash bond to Maria Carrillo Amaral. The Clerk of Court is further directed to return Oscar Javier Hidalgo-Carrillo's Mexican Passport (No. E14435793) to him. The passport may be picked up from the Clerk's Office by Mr. Hidalgo-Carrillo.

IT IS SO ORDERED.

Dated:   **August 30, 2024**          /s/ Barbara A. McAuliffe          
UNITED STATES MAGISTRATE JUDGE